1112

No. 93–8591. GIPSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8594. JORDAN v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 93–8595. KLEINSCHMIDT ET AL. v. LIBERTY MUTUAL INSURANCE CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–8598. MITCHELL v. OSBORNE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–8600. MACIEL v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–8602. RICHARDS v. BARTLETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–8605. GRECO, AKA GRIECO v. NELSON, SUPERINTENDENT, BAY STATE CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 93–8629. SLOAN v. ROBERTS ET AL. Sup. Ct. Va. Certiorari denied.

No. 93–8639. JEFFRESS v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 93–8660. THOMPSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–8661. VOIGHT v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–8668. GRIFFITH v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–8693. BRANHAM v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8696. BARNUM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.